**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF KANSAS**

| | |
|---|---|
| **In re:** | ) |
| | ) |
| **DALTON MANUEL SHAFFETT** | )      **Case No. 25-20254** |
| | )      **Chapter 13** |
| **Debtor.** | ) |

**NOTICE WITH OPPORTUNITY FOR NONEVIDENTIARY HEARING ON
MOTION FOR RELIEF FROM THE AUTOMATIC STAY (DOC. 33) FILED BY
TINKER FEDERAL CREDIT UNION**

NOTICE IS HEREBY GIVEN that if you fail to file a written objection to the above motion with the Clerk of the U. S. Bankruptcy Court at Kansas City, Kansas, on or before October 13, 2025, the Court will enter an order prepared and submitted by the movant within fourteen (14) days of the objection deadline and no hearing will be held.

If you file a timely objection, a nonevidentiary hearing will be held before the U. S. Bankruptcy Court, 500 State Avenue, Room 151, Kansas City, Kansas 66101, on October 21, 2025 at 9:30 a.m., or as soon thereafter as the Court's schedule permits. If you file an objection, you must appear at the hearing unless you have submitted an agreed order, in advance, signed by all parties or their counsel.

Respectfully Submitted:

**PAPPAS HAYDEN WESTBERG & JACKSON PC**

/s/ Austin B. Hayden
Austin B. Hayden        #25258
7500 West 110th Street, Suite 110
Overland Park, KS 66210
Telephone: 913/491-4050
Facsimile: 913/491-9318
E-Mail: ahayden@phwjlaw.com
*ATTORNEY FOR CREDITOR*
*UNIFY FINANCIAL CREDIT UNION*

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned certifies that on September 29, 2025, the foregoing document was served electronically to those parties who have entered an appearance in the court's Electronic Court Filing (ECF) System and conventionally, via first-class mail, postage prepaid, to those parties listed below.

Dalton Manuel Shaffett
1967 Hawk Road
Abilene, KS 67410
DEBTOR

Ryan A. Blay
WM Law
15095 W. 116th Street
Olathe, KS 66062
ATTORNEY FOR DEBTOR

William H. Griffin
5115 Roe Blvd, Sutie 200
Roeland Park, KS 66205-2393
TRUSTEE

/s/    Austin B. Hayden
Austin B. Hayden        #25258