# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

In Re:         Dalton M. Shaffett        )    Case No. 25-20254

                     Debtor     )

## RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY

**COMES NOW** Debtor, Dalton M. Shaffett by and through Counsel, and for this Response to the Motion for Relief from Automatic Stay (the "Motion") filed by creditor, Tinker Federal Credit Union (the "Creditor"), states that:

1. The subject collateral is included to be paid by the Chapter 13 Trustee.

2. Debtor fell behind on Plan payments due to instability in income but has made payments to the Trustee.

3. The Chapter 13 Trustee remitted payment to the Creditor on September 30, 2025, in the amount of $1,031.33.

4. Debtor is currently less than one Plan payment behind and intends to cure the default by sending additional payments in the next couple of months.

**WHEREFORE**, Debtor prays the Court for an order denying the granting the Motion for Relief from Automatic Stay filed by Tinker Federal Credit Union and for such further relief this Court deems equitable and proper.

Dated: October 13, 2025        Respectfully submitted,
WM Law

s/ Ryan A. Blay
_____
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2025, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings.

s/ Ryan A. Blay
_____

1